# UNITED STATES DISTRICT COURT

### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERNADINE M. SMITH,<br>    Plaintiff(s)<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner<br>of Social Security Administration,<br>    Defendant(s) | CIVIL ACTION NO. 3:10-cv-30241-MAP |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

**JUDGMENT** entered for the defendant Michael J. Astrue, against the plaintiff Bernadine M. Smith, pursuant to the court's endorsed order entered this date, granting the defendant's motion to dismiss.

**SARAH A. THORNTON**,
CLERK OF COURT

Dated: June 20, 2011

By /s/ *Maurice G. Lindsay*
Maurice G. Lindsay
Deputy Clerk

(Civil Judgment (SSA- Routine 2)   .wpd - 11/98)
    [jgm.]